UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRANDON G. ADAMS, | ) |
|                Plaintiff, | ) Case No.: 2:23-cv-00251-GMN-BNW |
| vs. | ) |
| | ) **ORDER** |
| SPEEDY RECOVERY INC. | ) |
|                Defendant. | ) |

Pending before the Court is the Screening Order and Report & Recommendation, (ECF No. 24), of United States Magistrate Judge Brenda N. Weksler, recommending dismissing with prejudice Plaintiff Brandon Adams's ("Plaintiff's") 10 U.S.C. § 921 claim. Additionally, pursuant to Magistrate Judge Weksler's Screening Order, Plaintiff's complaint was dismissed with leave to amend. Magistrate Judge Weksler noted that "[i]f Plaintiff chooses to file an amended complaint, he must do so by May 28, 2023, or this Court will recommend that his case be dismissed." (Screening Order and R&R 5:16–18, ECF No. 24).

Also pending before the Court is the Report & Recommendation, (ECF No. 27), of Magistrate Judge Weksler. After the time for Plaintiff to file an amended complaint passed, Magistrate Judge Weksler issued the second Report & Recommendation, recommending that the case be dismissed without prejudice and closed.

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2. Upon the filing of such objections, the Court must make a *de novo* determination of those portions to which objections are made if the Magistrate Judge's findings and recommendations concern matters that may not be finally determined by a magistrate

judge. D. Nev. R. IB 3-2(b).  The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. R. IB 3-2(b).  Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985) (citing 28 U.S.C. § 636(b)(1)).  Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

Here, no objections were filed, and the deadline to do so has passed. (*See* First Report & Recommendation, ECF No. 24) (setting a May 12, 2023, deadline for objections); (*see also* Second Report & Recommendation, ECF No. 27) (setting a June 26, 2023, deadline for objections).

Accordingly,

**IT IS HEREBY ORDERED** that the Screening Order and Report & Recommendation, (ECF No. 24), is **ADOPTED in full**.  Plaintiff's claim under 10 U.S.C. § 921 is **DISMISSED with prejudice**.

**IT IS FURTHER ORDERED** that the Report & Recommendation, (ECF No. 27), is **ADOPTED in full**.

**IT IS FURTHER ORDERED** that the case is **DISMISSED without prejudice**.  The Clerk of Court is instructed to close the case.

Dated this __26__ day of July, 2023.

_____
Gloria M. Navarro, District Judge
United States District Court